■ In the Matter of Laurine A. and Others, Infants. Carol A., Appellant; Commissioner of Social Services, Respondent. [684 NYS2d 782] —Appeal from order of disposition, Family Court, New York County (Leah Marks, J.), entered on or about January 27, 1997, which extended the subject children's placement with petitioner Commissioner of Social Services until December 23, 1997, unanimously dismissed, without costs.

The appeal is academic, the order brought up having expired and a subsequent order extending placement having been entered (*Matter of Rosalee C.*, 254 AD2d 40). Concur—Nardelli, J. P., Lerner, Mazzarelli and Saxe, JJ.